*NOT FOR PUBLICATION*

IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX
APPELLATE DIVISION

| | |
|---|---|
| EDGARDO ORTIZ JR., | ) D.C. CRIM. APP. NO. 2004/152 |
| Appellant, | ) Re: Sup.Ct.Crim. 292/2003 |
| v. | ) |
| GOVERNMENT OF THE VIRGIN ISLANDS, | ) |
| Appellee. | ) |

On Appeal from the Superior Court of the Virgin Islands

Considered: June 15, 2007
Filed: February 26, 2008

BEFORE: **CURTIS V. GÓMEZ**, Chief Judge, District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **AUDREY THOMAS**, Judge of the Superior Court of the Virgin Islands, sitting by designation.

ATTORNEYS:

**Emile Henderson, Esq.**
St. Croix, U.S.V.I.
    Attorney for Appellant.

**Maureen Phelan, AAG**
St. Thomas, U.S.V.I.
    Attorney for Appellee.

*Edgardo Ortiz v. Government of the Virgin Islands*
D.C. Crim. APP. NO. 2004/0152
Order
Page 2

## Memorandum Opinion

**Per Curiam.**

   **AND NOW**, for the reasons more fully stated in a Memorandum Opinion on even date, it is hereby

   **ORDERED** that Appellant's Motion to Withdraw is **GRANTED**.

   **SO ORDERED** this 26 day of February 2008.


**A T T E S T:**

**WILFREDO F. MORALES**
Clerk of the Court
By: _____
Deputy Clerk


**Copies (with accompanying Memorandum) to:**

Judges of the Appellate Panel
Emile Henderson, Esq.
Maureen Phelan, Esq.
Wilfredo F. Morales
Queen Terry
Bridget Hodge
Semaj I. Johnson